NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ANTHONY JAMES BARTLEY, *Petitioner*.

No. 1 CA-CR 14-0648 PRPC
FILED 11-10-2016

Petition for Review from the Superior Court in Yavapai County
No. P1300CR20080506
P1300CR20081074
The Honorable Celé Hancock, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Michael P. McGill
*Counsel for Respondent*

Craig Williams, Attorney at Law, P.L.L.C., Prescott Valley
By Craig Williams
*Counsel for Petitioner*

---

**MEMORANDUM DECISION**

---

Judge Lawrence F. Winthrop delivered the decision of the Court, in which Presiding Judge Kent E. Cattani and Chief Judge Michael J. Brown joined.

---

**W I N T H R O P**, Judge:

**¶1**        Petitioner, Anthony James Bartley, petitions this court for review of the dismissal of his petition for post-conviction relief of-right. The sole issue Bartley presents for review is whether the trial court erred when it ordered Bartley to serve two prison sentences consecutively as a result of his convictions—and subsequent probation violations—in Yavapai County case no. P1300CR20080506. We deny relief because the issue is moot. Bartley has been absolutely discharged from those two sentences and is no longer in prison, nor is he exposed to further imprisonment for those two convictions.

**¶2**        Accordingly, we grant review, but deny relief.



AMY M. WOOD • Clerk of the Court
FILED:   AA